# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 28, 2024

Lyle W. Cayce
Clerk

———————

No. 23-50307

———————

United States of America, *ex rel*, State of Texas, *ex rel*, Christopher A. Carew,

*Plaintiff—Appellant*,

*versus*

Senseonics Holdings, Incorporated, *a Delaware Corporation*; Senseonics, Incorporated, *a Delaware Corporation*,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CV-657

———————————————————————

Before Higginbotham, Smith, and Higginson, *Circuit Judges*.

Per Curiam:[*]

Appellant Christopher Carew appeals the district court's order granting Appellees' motion to dismiss, which found that Carew failed to state a claim under the False Claims Act, 31 U.S.C. § 3729, *et seq.*, as he did not satisfy the pleading standards under Federal Rules of Civil Procedure 9 and

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50307

this Circuit's precedent under *United States ex rel. Grubbs v. Kanneganti*.[1] Finding no error, we agree and AFFIRM for essentially the reasons stated in the district court's thorough opinion.

_____

[1] 565 F.3d 180, 190 (5th Cir. 2009).